| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CALLAWAY, Stephen V. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>04/18/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>300 Fannin Street, Suite 4400<br>Shreveport LA 71101-3088 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | - Broadmoor Presbyterian Church - Director - Christian Education |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State University Law School | 10-19-2011 - 10-21-2011 | Baton Rouge LA | Bankruptcy Seminar | Food, Lodging and Mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CALLAWAY, Stephen V. | 04/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CALLAWAY, Stephen V. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank SD Bank Dep. Pro | A | Interest | J | T | | | | | |
| 2. One Whole Life Ins. Policy-Trans America Occidental Life | C | Interest | M | T | | | | | |
| 3. McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |
| 4. Wal-Mart Stores, Inc. (WMT) | A | Dividend | J | T | | | | | |
| 5. Centerpoint Energy, Inc. (CNP) | A | Dividend | J | T | | | | | |
| 6. American Bell Federal Credit Union | A | Interest | | | Closed | 04/21/11 | K | | |
| 7. VAC Federal Credit Union | A | Interest | K | T | Open | 04/21/11 | K | | |
| 8. Chevron Corp. (CVX) | A | Dividend | | | Sold | 08/08/11 | J | A | SEE ADDITIONAL INFORMATION |
| 9. Duncan Energy Partners, LP (DEP) | A | Dividend | | | Sold | 02/25/11 | J | B | SEE ADDITIONAL INFORMATION |
| 10. Exxon Mobil Corp. (XOM) | A | Dividend | | | Sold | 08/08/11 | J | A | SEE ADDITIONAL INFORMATION |
| 11. Martin Midstream Partners, LP (MMLP) | A | Dividend | | | Sold | 08/08/11 | J | LOSS | SEE ADDITIONAL INFORMATION |
| 12. Royal Dutch Shell PLC ADR (RDSA) | A | Dividend | | | Sold | 08/08/11 | J | LOSS | SEE ADDITIONAL INFORMATION |
| 13. Allete, Inc. (ALE) | A | Dividend | | | Sold | 08/08/11 | J | A | SEE ADDITIONAL INFORMATION |
| 14. Alliant Energy Corp. - USD (LNT) | A | Dividend | | | Sold | 08/08/11 | J | LOSS | SEE ADDITIONAL INFORMATION |
| 15. Avista Corp. (AVA) | A | Dividend | | | Sold | 08/08/11 | J | LOSS | SEE ADDITIONAL INFORMATION |
| 16. Black Hills Corp. (BKH) | A | Dividend | | | Sold | 08/08/11 | J | LOSS | SEE ADDITIONAL INFORMATION |
| 17. Idacorp Inc. (IDA) | A | Dividend | | | Sold | 08/08/11 | J | LOSS | SEE ADDITIONAL INFORMATION |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CALLAWAY, Stephen V. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Otter Tail Corp. (OTTR) | A | Dividend | | | Sold | 08/08/11 | J | LOSS | SEE ADDITIONAL INFORMATION |
| 19. XCEL Energy, Inc. (XEL) | A | Dividend | | | Sold | 08/08/11 | J | LOSS | SEE ADDITIONAL INFORMATION |
| 20. Alerian MLP ETF (AMPL) | A | Dividend | | | Buy | 02/22/11 | J | | SEE ADDITIONAL INFORMATION |
| 21. Alerian MLP ETF (AMPL) | A | Dividend | | | Sold | 08/08/11 | J | LOSS | SEE ADDITIONAL INFORMATION |
| 22. American Express Savings Account | A | Interest | L | T | Open | 08/26/11 | L | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. INVESTMENTS and TRUSTS

On February 25, 2011, I sold my ▮ shares of DEP. On February 22, 2011, from proceeds to be paid on DEP, I acquired ▮ shares of Alerian MLP ETC (AMLP).

On August 8, 2011, I sold the following stocks and had the following gains or losses:

(01) Sold ▮ shares of ALE for a gain of $1.072 per share.
(02) Sold ▮ shares of AVA for loss of $0.15 per share.
(03) Sold ▮ shares of BKH for loss of $3.919 per share.
(04) Sold ▮ shares of CVX for gain of $7.40 per share.
(05) Sold ▮ shares of IDA for loss of $2.06 per share.
(06) Sold ▮ shares of LNT for loss of $2.254 per share.
(07) Sold ▮ shares of MMLP for loss of $7.14 per share.
(08) Sold ▮ shares of OTTR for loss of $1.966 per share.
(09) Sold ▮ shares of RDSA for loss of $5.49 per share.
(10) Sold ▮ shares of XEL for loss of $1.62 per share.
(11) Sold ▮ shares of XOM for gain of $0.58 per share.
(12) Sold ▮ shares of AMPL for loss of $2.307 per share.

From those salses on August 8, 2011, after commissions were paid, I received $53,085.01. This money was deposited into the Bank Deposit Program account maintained at Citibank, N.A., South Dakota.

On August 26, 2011, I withdrew $54,000.00 from the Bank Deposit Program Account at Citibank and placed that money into an American Express Savings account.

| Name of Person Reporting | Date of Report |
| --- | --- |
| CALLAWAY, Stephen V. | 04/18/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Stephen V. CALLAWAY

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544